UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN S. SIMMONS,
LAWRENCE L. SIMMONS, KAREN S. SIMMONS
as next friend of A.A.S., a minor, and
LAWRENCE L. SIMMONS, as next friend
of A.A.S., a minor,

       Plaintiffs,

v.                                                                            Case No. 1:10-cv-51
                                                                          Hon. Robert J. Jonker

BOYS AND GIRLS CLUB OF
GREATER KALAMAZOO,

       Defendants.
                                         /

## ORDER

        Plaintiffs, proceeding *pro se*, have filed a document entitled "Mr. and Mrs. Simmons reply to the Boys and Girls Club of Greater Kalamazoo answer with affirmative defenses to verified complaint at law" (docket no. 15). Plaintiffs reply is not properly before the court. A plaintiff can file a reply to an answer only "if the court orders one." Fed. R. Civ. P. 7(a). The court did not order a reply in this case. Accordingly, plaintiffs' reply (docket no. 15) is **STRICKEN** as improperly filed. The court's clerk is directed to remove this document from the court's docket.

        **IT IS SO ORDERED.**

Dated: June 3, 2010                                               /s/ Hugh W. Brenneman, Jr.
                                                                       HUGH W. BRENNEMAN, JR.
                                                                       United States Magistrate Judge